

1
2
3
4
5
6
7

8                    UNITED STATES DISTRICT COURT
9                   CENTRAL DISTRICT OF CALIFORNIA

10

| UNITED STATES OF AMERICA, | ) | NO. 2:21-cr-00453-DMG |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | ORDER OF DETENTION AFTER |
|  | ) | HEARING |
| KIMBERLY SILVA, | ) | |
|  | ) | [Fed. R. Crim. P. 32.1(a)(6); |
| Defendant. | ) | 18 U.S.C. § 3143(a)] |

   The defendant having been arrested in Los Angeles, California pursuant to a warrant issued by the United States District Court for the Central District of California for alleged violation of the terms and conditions of the defendant's supervised release; and

   The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

   The Court finds that:

\\
\\
\\

A.   (X)   The defendant has not met the defendant's burden of establishing by clear and convincing evidence that the defendant is not likely to flee if released under 18 U.S.C. § 3142(b) or (c).  This finding is based on the defendant's submission on the issue of detention; the defendant's refusal to participate in community supervision; and the defendant's history of failures to appear;

and

B.   (X)   The defendant has not met the defendant's burden of establishing by clear and convincing evidence that the defendant is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c).  This finding is based on the defendant's criminal history and history of substance abuse.

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

DATED: June 30, 2025

_____
HON. KAREN L. STEVENSON
CHIEF U.S. MAGISTRATE JUDGE